IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JEROMY ROBERTS, ) | |
| ID # 59855, ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:14-CV-812-N-BH |
| ) | |
| BRANDON KIRKPATRICK, et al. ) | |
| Defendants. ) | |

ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
AS TO PARTIAL DISMISSAL

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, all of the plaintiff's claims against Hunt County Jail Administrator Grinager, Sheriff Meeks, Captain Stevens, Sergeant Hathcock, and Sergeant Akers, and all claims under the Fifth, Sixth, Eighth and Fourteenth Amendments against West Tawakoni Police Department Chief Brandon Kirkpatrick, and Officers Dominguez and Oakley, will be **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b). Remaining for trial are the plaintiff's wrongful search and seizure claims against the officers under the Fourth Amendment, and his failure to supervise claim against the Chief.

SIGNED this 2nd day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE