**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| JEROMY ROBERTS, ) | |
| ID # 59855, ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:14-CV-812-N-BH |
| ) | |
| BRANDON KIRKPATRICK, et al. ) | |
| Defendants. ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Defendants Kilpatrick, Oakley and Dominguez's Motion for Summary Judgment*, filed March 17, 2016 (doc. 55) is **GRANTED**. By separate judgment, all of the plaintiff's claims against defendants will be **DISMISSED with prejudice** on grounds of qualified immunity.

SIGNED this 2nd day of December, 2016.

_____
**UNITED STATES DISTRICT JUDGE**